**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 6 2013

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
United States District Court for the District of Colorado

Wade A. Williams
    Plaintiff,

                                Case No.    1:12-cv-03360-REB-MEH

-v-

National Asset Recovery Services, Inc.
Berman & Rabin, P.A.
Michael H. Berman
Daniel S. Rabin
Benjamin N. Hutnick
    Defendants.

## *JUDICIAL NOTICE*

All officers of the court for the United Stated District Court, District of Colorado are hereby placed on notice under authority of the supremacy and equal protection clauses of the United States Constitution and the common law authorities of Haines v Kerner, 404 U.S. 519, Platsky v. C.I.A. 953 F.2d. 25, and Anastasoff v. United States, 223 F.3d 898 (8th Cir. 2000) relying on Willy v. Coastal Corp., 503 U.S. 131, 135 (1992), "United States v. International Business Machines Corp., 517 U.S. 843, 856 (1996), quoting Payne v. Tennessee, 501 U.S. 808, 842 (1991) (Souter, J., concurring). Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647, American Red Cross v. Community Blood Center of the Ozarks, 257 F.3d 859 (8th Cir. 07/25/2001).

In re Haines: pro se litigants (Plaintiff is a pro se litigant) are held to less stringent pleading standards than BAR registered attorneys. Regardless of the deficiencies in their pleadings, pro se litigants are entitled to the opportunity to submit evidence in support of their

claims. In re Platsky: court errs if court dismisses the pro se litigant (Plaintiff is a pro se litigant) without instruction of how pleadings are deficient and how to repair pleadings. In re Anastasoff: litigants' constitutional rights are violated when courts depart from precedent where parties are similarly situated. All litigants have a constitutional right to have their claims adjudicated according the rule of precedent. See Anastasoff v. United States, 223 F.3d 898 (8th Cir. 2000). Statements of counsel, in their briefs or their arguments are not sufficient for a motion to dismiss or for summary judgment, Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647.

Dated: March 5th, 2013

Respectfully submitted,

*/s/ Wade A. Williams*

Wade A. Williams
13843 Fairfax Street
Thornton, Co 80602
(720) 515-9233