IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 12-cv-03360-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES, INC.,
BERMAN & RABIN, P.A.,
MICHAEL H. BERMAN,
DANIEL S. RABIN, and
BENJAMIN N. HUTNICK,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

The "Notice of Unoppsed [sic] Dismissal with Prejudice" filed by the *pro se* Plaintiff [filed July 31, 2013; docket #17] is liberally construed by the Court as a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2) and is **granted**. The matter is dismissed with prejudice and all remaining deadlines and conference dates are hereby vacated. Each party will pay his or its own attorney's fees and costs.

Dated at Denver, Colorado this 5th day of August, 2013.

                                            BY THE COURT:

                                            *Michael E. Hegarty*

                                            Michael E. Hegarty
                                            United States Magistrate Judge